David E. Crowe, Esq. (SBN 224895)
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Email: dcrowe@rvk-law.com
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Attorneys for Plaintiff Kraft Americas L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT AMERICAS, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE PRECAST, INC., a Washington corporation,<br><br>Defendant. | Case No. 2:12-cv-03681-JAK-E<br><br>[~~PROPOSED~~] ORDER ON PARTIES' STIPULATED PROTECTIVE ORDER |

Upon consideration of the stipulation seeking entry of a protective order as agreed by Kraft Americas, L.P. and Oldcastle Precast, Inc. and there being good and sufficient cause appearing to exist for granting the relief requested in said stipulation,

IT HEREBY IS ORDERED THAT

1.    The Stipulated Protective Order is approved

2.    The Stipulated Protective Order shall establish a procedure governing the disclosure of Confidential and Confidential – Attorneys' Eyes Only information and impose obligations on persons receiving such information to protect it from unauthorized use or disclosure.

1   IT IS SO ORDERED.

2

3   Dated: 9/26/12

4   Hon. Charles F. Eick
    United States Magistrate Judge

- 2 -                    STIPULATED PROTECTIVE ORDER