UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT AMERICAS, L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OLDCASTLE PRECAST, INC., a Washington corporation,<br><br>　　　　　Defendant. | Case No. 2:12-cv-03681-JAK-E<br><br>**JUDGMENT**<br><br>**JS-6** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment shall be and hereby is entered in favor of Defendant Oldcastle Precast, Inc. and against Plaintiff Kraft Americas, L.P. Defendant shall recover the costs of suit in accordance with Federal Rule of Civil Procedure 54(d).

　　**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
Honorable John A. Kronstadt
United States District Judge